IN THE UNITED STATES DSTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

JUL 1 0 2024

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| RIDGE POINT APARTMENTS, et al., { <br> Plaintiffs, { <br> { <br> Vs. { <br> { <br> JIM THOMPSON, et al., { <br> Defendants, { <br> { <br> Vs. { <br> { <br> HARRIS COUNTY, TEXAS; { <br> JERMAINE THOMAS, Judge, in his { <br> Official capacity; { <br> SHARON M. BURNEY, Judge, in her { <br> official capacity; { <br> WANDA E. ADAMS, Judge, in her [ <br> official capacity; { <br> RIDGE POINT APARTMENTS; { <br> MANAGEMENT & BEYOUND; { <br> BILLY VANCE, in his official capacity; { <br> ROBERT HERMANDEZ, in his official { <br> Capacity; { <br> ISSAC LYNN, in his official capacity; { <br> GREEN TREE APARTMENT { <br> MANAGEMENT; { <br> HILDER CASTILLIO, in her official { <br> capacity; et al., { <br> Defendants { | CIVIL ACTION _____ <br><br> REQUEST FOR CLASS ACTION <br> CERTFICATION |

IN THE HARRIS COUNTY CIVIL COURT NUMBER ONE
OF HARRIS COUNTY TEXAS, CAUSE 1226850
NOTICE OF REMOVAL
REQUEST FOR JURY TRIIAL

- 1 -

- 2 -

Comes Now Defendant, Jim Thompson, GySgt, USMC (Ret.), a career retired 100% disabled veteran, and hereby moves this cause of action from Harris County Civil Court at Law No. One to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. 1446 and te authority of 28 USC 1367(a) and 1441(a) and (b), on the basis of original federal jurisdiction and "supplemental" jurisdiction, based on the following:

1. On March 18, 2024, in cause 247200099932, Plaintiff filed its fifth successive coercive petition for Thompson's eviction of his residence of over 30-years.
2. The previous four eviction complaint filed by Plaintiff:
    a. 247200018311
    b. 23.720042955
    c. 237200326502
    d. 207100256861
3. This is an issue of unlawful discrimination in violation of Federal Fair Housing Act, 42 U.S.C. 3604. This petition for removal is not a anomaly, but is an example of how African-American are routinely deprived of safe and fair housing and a fair and unbiased judicial system;
4. Thompson complains of breach of good faith and fair dealing, deceptive trade practices in violation of section 17.46 (3) (12) of Texas Business Code.
5. Thompson further complains of Harris Couty, et al, engagement of a pattern of organized crime, R.I.C.O.
6. This is a matter to determine whether Ridge Point and Harris County, Texas engages in;
    a. a pattern of unlawful "Kangaroo" prosecution;
    b. whether justice court is a proper venue in matters of real property;
    c. whether Texas Forcible Detainer laws are constitutional; and
    d. whether Texas Forcible Detainer laws violates 14th U.S. Amendment.
7. In Texas, there appears to be a pattern and or an unlawful practice retaliation against reporters of unlawful landlord practices by employing methods to encourage or

remove undesired tenants, which has taken various formers of retaliations, such as filing successive false and perjured claims of failure to pay unsupported rent; employing unsupportable junk fees; creating on property unlawful junk and trash accumulations; and interference of tenants' peace and enjoyment.

## PARTIES

8   Gunnery Sergeant Jim Thompson is a continues resident of Harris County, Texas since 1980.

9.  Defendant Harris County is a municipal Texas county, may be serve with process on it's Harris County Attorney, 1015 Congress, 15th Floor, Houston, Texas 77002;

10. Defendant Jeramine Thomas is an Harris Couty Associate Judge, may be served with process on Harris County Attorney, 1015 Congress, Houston, Texas 77002;

11. defendant Sharon M. Burney, serves as Justice of the Peace, Position 7.2, may be served with process on Harris County Attorney, 1015 Congress, Houston, Texas 77002;

12. Defendant Wanda E. Adams serves as Justice of the Peace, Position 7.1. may be served with process on Harris County Attorney, 1015 Congress, Houston, Texas 77002;

13. Defendant Ridge Point Apartments may be served process at its office, 2700 Westridge, 77054;

14. Management & beyond may be served process at its office, 2700 Westridge, 77054;.

15. Defendant Billy Vance, may be served process at its office, 2700 Westridge, 77054;

16. Defendant Robert Hernandez, may be served process at its office, 2700 Westridge, 7  7054;

17. Defendant Issac Lynn, may be served process at its office, 2700 Westridge, 77054;

18. Green Tree Apartment Management may be served process at its office, 2700 Westridge, 77054;

19. Defendant Hilda Castillio, may be served process at its office, 2700 Westridge, 77054.

## FACTS

20. Thomas currently serves as an associate judge, Harris County, HCCCL No. 1.
21. Burney and Adams are current judges for their perspective positions -1 and 7-2.
22. Under Texas law, if a judge undertakes the unlawful collection of a claim for a debt of another, the judge is subject to a fine and removal from office.
23. During all relevant times. Thomas, Burney and Adams, collectively, conspired with agents of Ridge Point to engage in schemes to deny Thompson's Due Process protection in proceeding before their perspective courts.

## CAUSE OF ACTION ONE: INCOMPETENCE

24  The foregoing facts are incorporated as if set out fully herein'

Texas statutes defines incompetence as:

(A) gross ignorance of official duties;

(B) gross carelessness in the discharge of duties; or an unfitness or inability to properly and properly discharge official duties because of a serious physical or mental defect that did not exist at the time of the officer's election to office. During the time of the forgoing facts, Thomas, Burney and Adams were engaged in official duties as elected officers.

25. Their conduct demonstrates gross ignorance of official duties or gross carelessness in the discharge of those duties.
65. Allowing Thomas, Burney and Adams to continue in office as judges puts the public at risk and demeans the office.

## CAUSE OF ACTION TWO: OFFICIAL MISCONDUCT

27. Official Misconduct is defined as "intentional, unlawful behavior relating to official duties of an officer entrusted with the administration of justice or the execution of the law. The term includes an intentional or corrupt failure, refusal,

- 4 -

or neglect of an officer to perform a duty imposed on the officer by law." Tex. Loc. Code 87.011. During the time of the foregoing facts, Thomas, Burney and Adams were engaged in official duties as elected judges.

28. Their conduct demonstrates each element of official misconduct.

29. Their conduct exhibits an intentional violation by public servants'

30. Allowing Thomas, Burney and Adams to continue in office puts the public at risk and demeans the office.

## CONCULSION

31. Thomas, Burney and Adams misconduct and continues clearly disqualifies them from continuing in public office

32  Under the circumstances, Thomas, Burney and Adams has demonstrated that they should be sanctioned

33  That Texas laws of evictions are unconstitutional, depriving citizens of a fair and unbiased judicial proceeding.

34. That Harris County and the parties are engaging in a pattern of organized crime, in violations of Texas laws of Racketeering and unlawful debt collection, Title 11, sect. 72.01 et seq.,

## CONCLUSION

35. It is requested that this matter be presented to a jury for and fair and unbased decision

36. **Wherefore, premises considered,** Jim Thompson respectfully requests that: 34The Court issue order that a temporary Injunction be had of Harry County evictions

37. That the Court issue temporary suspend Thomas, Burney and Adams and appoint other persons to perform the duties of their office, in accordance with Loc. Gov't Code 87.017.

38. After trial on the merits. A jury trial finding be entered that Thomas, Burney and Adams are incompetent, and/or that they committed official misconduct, that warrant removal from office. Loc. Got. Code, 87, and they be so moved.

39. The Court award court costs to Thompson and any and other relief to which he may be entitled.

40. **I HERBY CERTIFY,** in lieu of an Affidavit as determined by Title 28 USC 1746 under penalty of perjury, that the information in this petition is true and correct to the best of my knowledge.

Respectfully submitted,

*[signature: Jim Kopp]*

JIM THOMPSON, GYSGT USMC (RET.)
Post Office Box 992
HOUSTON, TEXAS 77001-0992
713. 663-6306
713.663.7177 FAX
blacklaw_70@yahoo.com

Attorney Pro Se
