United States District Court
Southern District of Texas
**ENTERED**
June 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIDGE POINT APARTMENTS, | § § § | CIVIL ACTION NO 4:24-cv-02583 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| JIM THOMPSON, *et al* Defendants. | § § § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Ridge Point Apartments sued Defendant Jim Thompson in Texas state court, seeking to evict him. Thompson removed and purported to add Harris County and others as third-party defendants, seeking to assert claims against them including under the Fair Housing Act. Dkt 1.

Thompson proceeds here *pro se*. The matter was referred for disposition to Magistrate Judge Yvonne Ho. Dkt 4. Pending from her are two Memoranda and Recommendations. Dkts 11 & 13. She recommends remanding this matter for lack of subject-matter jurisdiction and, in light of that, denying as moot certain motions by Thompson seeking to certify a class action.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing

*Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error otherwise appears upon review and consideration of the Memoranda and Recommendations, the record, and the applicable law.

The Memoranda and Recommendations of the Magistrate Judge are ADOPTED as the Memorandum and Order of this Court. Dkts 11 & 13.

This action is REMANDED to Harris County Civil Court at Law No.1.

The motions to certify a class are DENIED AS MOOT. Dkts 7 & 10.

Any other motions are DENIED AS MOOT.

SO ORDERED.

Signed on __June 10, 2025__, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge